No. 86–2043.  NEW YORK TELEPHONE CO. ET AL. *v.* CAHILL ET AL.; and

830

No. 86-2044. PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK ET AL. *v.* CAHILL ET AL. Ct. App. N. Y. Certiorari denied.